IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MANUEL HERNANDEZ HIDALGO                                      PETITIONER

V.                                          CIVIL ACTION NO. 5:26-cv-457-DCB-BWR

R. VERGARA, Warden of Adams County
Correctional Center, et al.                                   RESPONDENTS

ORDER

Pro se Petitioner Manuel Hernandez Hidalgo ("Petitioner") is detained at the Adams County Correctional Center in Natchez, Mississippi, and brings this Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. The petition [1] was not signed by Petitioner Manuel Hernandez Hidalgo and he does not state the country where he was born as designated by the U.S. Immigration and Customs Enforcement. Even though it appears that his alien identification number is A235-373-944, Petitioner will be required to clarify this information. Pet. [1] at 6. Petitioner therefore is directed to sign his Petition [1] under penalty perjury, state his country where he was born, and state if his alien identification number is A235-373-944.

IT IS ORDERED that the Clerk is directed to mail to Petitioner a copy of the Petition [1] filed on May 12, 2026.

IT IS FURTHER ORDERED that **on or before June 12, 2026**, Petitioner must either sign the § 2241 Petition on page 8 under penalty of perjury to continue this case or file a Notice of Voluntary Dismissal if Petitioner does not wish to pursue this case.

IT IS FURTHER ORDERED that Petitioner **on or before June 12, 2026**, file a response

(a) state if his alien identification number is A235-373-944;

(b) if his alien identification number is not A235-373-944, state his correct alien identification number; and

(c) state the country where he was born as assigned by the U.S. Immigration and Customs Enforcement.

IT IS FURTHER ORDERED that Petitioner either file his signed § 2241 habeas petition or file a Notice of Voluntary Dismissal with the Clerk, 501 E. Court Street, Suite 2.500, Jackson, Mississippi 39201.

The Court warns Petitioner that his failure to keep the Court informed of his current address or a failure to comply with any Order of this Court will result in the dismissal of this case.

SO ORDERED, this 29th day of May, 2026.

_s/ Bradley W. Rath_

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE

2